# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

MATTHEW BENEDICT GARCIA,

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| JESSICA REEVES, PATRICK MONTASMITH, LECH RADZIMSKI, TIMOTHY TRAGESER, L. MICHAEL GOLDEN, and BRYAN P. WHITAKER, | ) ) ) |
| *Defendant* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 16, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-00284-SMJ

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Complaint (ECF No. 10) is DISMISSED WITHOUT PREJUDICE to Plaintiff pursuing available state court remedies.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge        Salvador Mendoza, Jr. _____

Date:  January 16, 2019

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____